UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABEL ROMERO, ) <br> ) <br> Defendant. ) | 2:10-CR-412-KJD (LRL) |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 19, 2011, defendant Abel Romero pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging him with Illegal Acquisition of a Firearm in violation of Title 18, United States Code, Section 922(a)(6).

This Court finds defendant Abel Romero agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Superseding Criminal Information and in the Plea Memorandum. Docket #27, #28.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Superseding Criminal Information and in the Plea Memorandum and the offense to which defendant Abel Romero pled guilty. #27, #28, #30.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a CMMG model M4LE .223-caliber semi-automatic rifle, bearing serial number A-7708;

    (b)    a Bushmaster model M4A3 .223-caliber semi-automatic rifle, bearing serial number BFI669792;

    (c)    a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial number M70AB23647;

    (d)    a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial number M70AB23659; and

    (e)    any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Abel Romero in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

| | |
|---|---|
|1| Daniel D. Hollingsworth |
| | Assistant United States Attorney |
|2| Michael Humphreys |
| | Assistant United States Attorney |
|3| Lloyd D. George United States Courthouse |
| | 333 Las Vegas Boulevard South, Suite 5000 |
|4| Las Vegas, Nevada 89101. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __1__ day of __July_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Amended Preliminary Order of Forfeiture on June 29, 2011, by the below identified method of service:

E-mail/ECF:

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for ABEL ROMERO*

Rebecca A. Rosenstein
Federal Public Defender
411 E Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@FD.ORG
*Counsel for ABEL ROMERO*

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal