U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE —   AFTER HOURS

JUL 2 0 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )   2:10-CR-412-KJD (LRL)
                                     )
ABEL ROMERO,                         )
                                     )
            Defendant.               )

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT ABEL ROMERO**

On July 1, 2011, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant ABEL ROMERO to the United States of America. Docket #33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant ABEL ROMERO.

DATED this 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE