# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-412-KJD (LRL) |
| ABEL ROMERO, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On July 1, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ABEL ROMERO to criminal offenses, forfeiting specific property alleged in the Information and shown by the United States to have a requisite nexus to the offense to which defendant ABEL ROMERO pled guilty. #1, 28, 33.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 7, 2011 through August 5, 2011, further notifying all known third parties of their right to petition the Court. #40.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:
9      (a) a CMMG model M4LE .223-caliber semi-automatic rifle, bearing serial number
10          A-7708;
11      (b) a Bushmaster model M4A3 .223-caliber semi-automatic rifle, bearing serial number
12          BFI669792;
13      (c) a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial
14          number M70AB23647;
15      (d) a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial
16          number M70AB23659; and
17      (e) any and all ammunition.
18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
19  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
20  as any income derived as a result of the United States of America's management of any property
21  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
22  according to law.
23  . . .
24  . . .
25  . . .
26  . . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.

3 | DATED this __19__ day of __September__, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, Forfeiture Support Associate Clerk, certify that the following individuals were served with a copy of the Final Order of Forfeiture on September 16, 2011, by the below identified method of service:

<u>E-mail/ECF</u>:

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for ABEL ROMERO*

Rebecca A. Rosenstein
Federal Public Defender
411 E Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@FD.ORG
*Counsel for ABEL ROMERO*

/s/ HeidiL.Skillin
HEIDI L. SKILLIN
Forfeiture Support Associate Celrk